# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:09CR00226 SWW

KEVIN CAFFEY

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant, KEVIN CAFFEY, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #22] to dismiss indictment against the above-named defendant be ***granted***, and the indictment pending against defendant ***KEVIN CAFFEY*** is ***dismissed without prejudice***.

DATED this 28th day of October 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE